Abated and Memorandum Opinion filed January 12, 2006









Abated and Memorandum Opinion filed January 12, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00738-CR

____________

 

PATRICK ONYANGO KOMBUDO,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 351st District
Court

Harris County, Texas

Trial Court Cause No.
928,748

 



 

M E M O R A N D U M   O P I N I O N

On December 6, 2005, this court was formally notified of appellant=s death and furnished a copy of
appellant=s death certificate.  The death of an appellant during the pendency
of an appeal deprives this court of jurisdiction.  See Ryan v. State, 891 S.W.2d 275
(Tex. Crim. App. 1994).  When an
appellant dies after an appeal is perfected but before this court issues the
mandate, the appeal is to be permanently abated.  See Tex.
R. App. P. 7.1(a)(2). 








Accordingly, we withdraw our opinion of November 8, 2005.  The appeal is ordered permanently abated. 

 

PER CURIAM

 

 

Memorandum Opinion filed January 12, 2006.

Panel consists of Justices Yates, Anderson, and
Hudson.

Do not publish B Tex. R. App. P. 47.2(b).